IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY JEROME LACEY,

    Petitioner,                      No. CIV S-07-2640 LEW GGH P

  vs.

M. C. KRAMER, Warden, et al.,

    Respondents.               ORDER

_____/

        By Order, filed on January 11, 2008, petitioner, a state prisoner proceeding pro se, was granted leave to proceed in forma pauperis and was granted thirty days to file a motion for stay and abeyance of his mixed petition. Petitioner timely filed a document entitled "notice of motion for stay and abeyance," but also filed an amended petition and has also demonstrated that the claim he identified as unexhausted in his original petition has now been exhausted.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's amended habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's motion for stay and abeyance, filed on January 22, 2008, is denied as moot;

1

1       2. Respondents are directed to file a response to petitioner's amended habeas

2 petition within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254

3 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the

4 issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

5       3. If the response to the amended habeas petition is an answer, petitioner's reply,

6 if any, shall be filed and served within thirty days after service of the answer;

7       4. If the response to the amended habeas petition is a motion, petitioner's

8 opposition or statement of non-opposition to the motion shall be filed and served within thirty

9 days after service of the motion, and respondents' reply, if any, shall be filed and served within

10 fifteen days thereafter; and

11       5. The Clerk of the Court shall serve a copy of this order together with a copy of

12 the amended petition for writ of habeas corpus (docket entry # 8) pursuant to 28 U.S.C. § 2254

13 on Michael Patrick Farrell, Senior Assistant Attorney General.

14 DATED:   02/26/08

                                         /s/ Gregory G. Hollows

                                         GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

GGH:009
lace2640.100