IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILLY JEROME LACEY,** | 2:07-cv-2640 LEW GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **M. C. KRAMER, Warden, et al.,** | |
| Respondents. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including April 26, 2008.

Dated: 04/01/08       /s/ Gregory G. Hollows
                     The Honorable Gregory G. Hollows

lace2640.po

[Proposed] Order

1