IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY JEROME LACEY,

    Petitioner,                    No. CIV S-07-2640 JAM GGH P

    vs.

M.C. KRAMER, Warden, et al.,

    Respondents.              ORDER

_____/

        Petitioner has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 14, 2008 request for an extension of time (Docket #19) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a traverse.

DATED: 05/27/08

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:ak
lace2640.111